**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JORGE GUEVARA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>        vs.  )<br>  )<br>JORGE GUEVARA,  )<br>  )<br>            Defendant  ) | Case No.: Case No.13-CR-00285 LJO SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND BRIAN K. DELANEY, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JORGE GUEVARA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, July 28, 2014 be continued to Monday, August 25, 2014.

   I spoke with AUSA Brian Delaney on this date to discuss issues concerning the sentencing of Jorge Guevara, which is scheduled on Monday, July 28, 2014.  Based upon several items I intend on submitting to this court, Mr. Delaney and I have agreed that this matter be continued to August 25, 2014.  Mr. Guevara has no objection and excludes time for preparation of a sentencing memorandum and submission  of other items to support 3553(a) factors.

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED:7/23/14                               */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              JORGE GUEVARA

DATED:7/23/14                               */s/Brian K. Delany*
                                              BRIAN K. DELANY
                                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

    Dated:   **July 24, 2014**                  **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE